# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

VICTORIA HOUK,
Plaintiff,

v.

Case No: 6:23-cv-00753-JR

COMMISSIONER,
SOCIAL SECURITY
ADMINISTRATION,
Defendant.

## ORDER

Upon consideration of the parties' Stipulation for Attorney Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 2412(d),

It is hereby ORDERED that the stipulation is granted. Defendant shall pay attorney's fees to Plaintiff pursuant to the EAJA in the amount of Eight Thousand Five Hundred Twenty-Seven Dollars and 71/100 ($8,527.71).

Pursuant to *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). If after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed that is subject to offset under the Treasury Offset Program, any remaining EAJA fees after offset will be paid by a check payable to Plaintiff but delivered to Plaintiff's attorney.

Dated this 18th day of June, 2024.

    /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Submitted By:

Jeffrey Hugh Baird, OSB #932058
Dellert Baird Law Office
6525 California Ave, SW 101
Seattle, WA 98136
P: 206-937-4112
F: 360-824-9371
jeffreyhbaird@comcast.net
Attorney for Plaintiff
Lead Counsel

KARL E. OSTERHOUT
Osterhout Berger Daley, LLC
521 Cedar Way, Suite 200
Oakmont, PA 15139
P: 412-794-8003, Ext 402
F: 412-794-8050
kosterhout@obl.law
Attorney for Plaintiff
Pro Hac Vice Counsel